UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Clifford Jackson

Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

21  171 (CS)

Defendant __Clifford Jackson_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

_x_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

(Mr. Jackson authorized Benjamin Gold to affix his electronic signature to this form during a phone call on March 9, 2021)

__Clifford Jackson_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Clifford Jackson
Print Defendant's Name

__Ben G_____
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/11/21
Date

__Andrew Krause_____
~~U.S. District Judge~~/U.S. Magistrate Judge