UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Clifford Jackson

                                              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 171 ( ) ( )

Defendant __Clifford Jackson_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

(During a phone call on March 25, 2021, Mr. Jackson authorized Benjamin Gold to affix his electronic signature to this form)

*Clifford Jackson*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Clifford Jackson
Print Defendant's Name

*Ben G*
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/25/21
Date

*Cathy Seibel*
U.S. District Judge/U.S. Magistrate Judge