UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      United States of America,

                                                                                               NOTICE RE: CHANGE OF
                                                                                               TIME OF HEARING
             -against-

                                                                                                 7:21-CR-00171 (CS)

      Clifford Jackson,
                        Defendant(s).
------------------------------------------------------------X

The Change of Plea hearing previously scheduled before this Court for **April 23, 2021 at 2:30 p.m.** will be held at **11:00 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                                      /s/ Walter Clark, Courtroom Deputy

Dated:  April 13, 2021
          White Plains, New York